```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-01544-RNO
Pamela Griffith-Williamson                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 1       Date Rcvd: Aug 21, 2020
                          Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db             +Pamela Griffith-Williamson,    136 Kestral Lane,    Boalsburg, PA 16827-1744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey     on behalf of Debtor 1 Pamela  Griffith-Williamson wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                            TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WAYNE GORDON GRACEY

Misc. No.: 1-20-mp-00008

## ORDER

It appearing that the Supreme Court of Pennsylvania issued the attached order, which confirms that Wayne Gordon Gracey was disbarred by the Commonwealth of Pennsylvania on February 13, 2020; and it further appearing that attorneys have an ongoing ethical obligation to inform this Court of any change in an underlying condition to practice in the Commonwealth of Pennsylvania, it is hereby

ORDERED that Wayne Gordon Gracey's ECF filing privileges are SUSPENDED in the United States Bankruptcy Court for the Middle District of Pennsylvania; and it is

FURTHER ORDERED that Wayne Gordon Gracey appear at a hearing on August 18, 2020 at 11:00 AM in the United States Bankruptcy Court, Third Floor Courtroom, Third and Walnut Streets, Harrisburg, Pennsylvania 17101 and show cause as to why the above-mentioned suspension should not become permanent, subject to further order of this Court, for failure to notify this Court of the disbarment.

Dated: August 4, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WAYNE GORDON GRACEY

Misc. No.: 1-20-mp-00008

## ORDER

Upon consideration of the Order to Appear and Show Cause issued by this Court on August 4, 2020, and it appearing that Wayne Gordon Gracey failed to show cause as to why his ECF filing privileges should not be permanently suspended, it is hereby

ORDERED that Wayne Gordon Gracey's ECF filing privileges are permanently suspended, subject to further order of this Court.

Dated: August 20, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (JH)