In re:                                                                    Case No. 19-01544-HWV

Pamela Griffith-Williamson                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                      User: AutoDocke                          Page 1 of 1

Date Rcvd: Apr 01, 2021                   Form ID: nttext                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

**Recip ID**          **Recipient Name and Address**
db            + Pamela Griffith-Williamson, 136 Kestral Lane, Boalsburg, PA 16827-1744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021                        Signature:      _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Pamela Griffith−Williamson        Chapter 13

**Debtor 1**        Case number 4:19−bk−01544−HWV

## Notice

A hearing in this matter is currently scheduled for 4/23/2021. ALL HEARINGS IN THE WILLIAMSPORT DIVISION WILL BE HEARD REMOTELY VIA ZOOM. THERE WILL BE NO IN COURT APPEARANCE. PARTIES SEEKING AN EVIDENTIARY HEARING SHOULD CONTACT THE COURT TO SCHEDULE IT FOR ANOTHER LOCATION. The information regarding our remote hearing system can be found on our webpage http://www.pamb.uscourts.gov, under the section Remote Appearance Guide. The Court will not be using Courtcall. All other information on the original Notice will remain in full force and effect. (RE: related document(s)44). (Boyle, Cindy)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 1, 2021 |

Notice Text Entries (Form nttext) (3/20)