UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    PAMELA GRIFFITH-WILLIAMSON

                 CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant               CASE NO: 4-19-01544-MJC
vs.

PAMELA GRIFFITH-WILLIAMSON
        Respondent (s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 15, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha McHale, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   November 15,2021              Respectfully submitted,

                                          /s/   Agatha McHale, Esquire
                                          ID:  47613
                                          Attorney for Movant
                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          email:  amchale@pamd13trustee.com

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

## Served Electronically

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

## Served by First Class Mail

PAMELA GRIFFITH-WILLIAMSON
136 KESTRAL LANE
BOALSBURG, PA  16827

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date:  November 15, 2021

/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| PAMELA GRIFFITH-WILLIAMSON | : |
| | : CHAPTER 13 |
| | : |
| Debtor(s) | : |
| | : CASE NO: 4-19-01544-MJC |
| JACK N. ZAHAROPOULOS | ; |
| CHAPTER 13 TRUSTEE | : |
| Movant | : |
| | : |
| | : |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> December 16, 2021 at 10:00 AM
> This hearing will be held remotely using free Zoom Video Conference software.
>
> THERE WILL BE NO IN COURT APPEARANCE FRO THIS HEARING.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 600.00**
**AMOUNT DUE FOR THIS MONTH: $ 200.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $ 800.00**

**NOTE:**
> **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**
>
> **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS,

or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
  CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   November 15, 2021  Respectfully submitted,

/s/   Agatha McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
|    PAMELA GRIFFITH-WILLIAMSON | : | |
|           Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | CHAPTER 13 |
| CHAPTER 13 TRUSTEE | : | |
|           Movant | : | |
| | : | |
| vs. | : | |
| | : | CASE NO: 4-19-01544-MJC |
| PAMELA GRIFFITH-WILLIAMSON | : | |
| | : | |
| | : | |
| | : | |
|           Respondent (s) | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.