In re:                                                         Case No. 19-01544-MJC

Pamela Griffith-Williamson                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 10, 2022 | Form ID: fnldecnd | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Griffith-Williamson, 136 Kestral Lane, Boalsburg, PA 16827-1744 |
| 5185064 | + | Cathy Brese, 217 W. Pine St, Boalsburg, PA 16827-1420 |
| 5185067 | + | Elizabeth Shaw, 110 Fairfield Drive, State College, PA 16801-8249 |
| 5185068 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 5185072 | + | Julie Florin, 1218 Embassy Drive, Anderson, SC 29625-6119 |
| 5185074 | + | Mount NIttany Physician, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 5185075 | + | Mount Nittany Medical, P.O. Box 1259, State College, PA 16804-1259 |
| 5185076 | + | Pa Dept of Revenue, P.O. Box 280403, Harrisburg, PA 17128-0403 |
| 5185077 | + | Pediatric Dental Care, 1019 Ghaner Rd, Suite 100, Port Matilda, PA 16870-7236 |
| 5185078 | | Penn State, 308 Shields Bldg, University Par, PA 16802 |
| 5185080 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5207948 | + | Richard Crider, 109 South Walnut Street, Lewistown, PA 17044-1430 |
| 5185081 | + | Rick Crider, 109 S. Walnut St, Lewistown, PA 17044-1430 |
| 5195944 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park, PA 16802-1201 |
| 5213212 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5185061 | + | Email/Text: g20956@att.com | Feb 10 2022 18:45:00 | A T and T, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 5185062 | + | Email/Text: bankruptcy@rentacenter.com | Feb 10 2022 18:45:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5185063 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 18:48:59 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5198670 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 18:48:45 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5185065 | + | Email/Text: nailda@centralcreditaudit.com | Feb 10 2022 18:45:00 | Central Credit Audit, 100 N 3rd St, Sunbury, PA 17801-2367 |
| 5185066 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 10 2022 18:45:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 5185069 | | Email/Text: bankruptcy@glsllc.com | Feb 10 2022 18:44:00 | Global Lending Service, 1200 Brookfield Blvd Ste, Greenville, SC 29607 |
| 5209848 | | Email/Text: bankruptcy@glsllc.com | Feb 10 2022 18:44:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5185070 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2022 18:44:00 | IRS, P.O. Box 7356, Philadelphia, PA 19101-7356 |
| 5185071 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

|  |  | Feb 10 2022 18:45:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5202246 | Email/Text: JCAP_BNC_Notices@jcap.com |  |  |
|  |  | Feb 10 2022 18:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5193397 | Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  | Feb 10 2022 18:48:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5185073 | + Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  | Feb 10 2022 18:48:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5185079 | + Email/Text: BKMailbox@QVC.com |  |  |
|  |  | Feb 10 2022 18:44:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 5208874 | Email/PDF: ebn_ais@aisinfo.com |  |  |
|  |  | Feb 10 2022 18:49:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5185082 | ##+ | Senior and Assoc, 205 E. Beaver Ave, Suite 6, State College, PA 16801-4903 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Pamela Griffith−Williamson,              Chapter      13

**Debtor 1**

Case No.      4:19−bk−01544−MJC

Social Security No.:

             xxx−xx−4317

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos (Trustee)

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Pamela Griffith−Williamson** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  February 10, 2022

**fnldec** (01/22)