Pamela Griffith-Williamson
136 Kestrel Ln.
Boalsburg, PA 16827
814-404-5881

FILED '23 JAN 6 PM1:14
CLERK, US COURT, PAMB
CMW

In reference to:
**Case# 4-19-015444-RNO**
**Chapter 13**
**Motion to Reopen Chapter 13 Case**

November 28, 2022

US Bankruptcy Court
Rm 320
220 Walnut St.
Harrisburg, PA 17101

Dear Judge,

I would like to make a motion to have my Chapter 13 Bankruptcy Case reopened in order to submit the certification for the completion of the final portion of my financial management course.

While I was in the middle of my bankruptcy proceedings my initial counsel, Wayne Gracey was disbarred. My case had to be taken over by his employer, June Nguyen. While she would not agree with this statement, it all became confusing to me. I am not an attorney. I thought I had completed all of the steps. I was informed by Ms. Nguyen months later that my case had not been discharged because I had not completed the financial management course. She told me that I would need to pay her an additional fee as well as pay additional monies to court in order to have it resolved. After dealing with that firm I have decided to pay the monies directly to the court and make the request myself.

It has taken me some time to get the money together, but I have included a money order for $235.00 and Form 423 along with my official Certificate of Debtor Education to show that the course has been completed. I hope that this will be enough to complete all necessary requirements to have my case discharged.

If you need to contact me, I can be reached at the address or phone number above. I appreciate your time and consideration in this matter.

Sincerely,

Pamela Griffith-Williamson