In re:  Case No. 19-01544-MJC

Pamela Griffith-Williamson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Griffith-Williamson, 136 Kestral Lane, Boalsburg, PA 16827-1744 |
| 5185064 | + | Cathy Brese, 217 W. Pine St, Boalsburg, PA 16827-1420 |
| 5185067 | + | Elizabeth Shaw, 110 Fairfield Drive, State College, PA 16801-8249 |
| 5185068 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 5185072 | + | Julie Florin, 1218 Embassy Drive, Anderson, SC 29625-6119 |
| 5185074 | + | Mount NIttany Physician, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 5185075 | + | Mount Nittany Medical, P.O. Box 1259, State College, PA 16804-1259 |
| 5185076 | + | Pa Dept of Revenue, P.O. Box 280403, Harrisburg, PA 17128-0403 |
| 5185077 | + | Pediatric Dental Care, 1019 Ghaner Rd, Suite 100, Port Matilda, PA 16870-7236 |
| 5185078 | | Penn State, 308 Shields Bldg, University Par, PA 16802 |
| 5185080 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5207948 | + | Richard Crider, 109 South Walnut Street, Lewistown, PA 17044-1430 |
| 5185081 | + | Rick Crider, 109 S. Walnut St, Lewistown, PA 17044-1430 |
| 5185082 | + | Senior and Assoc, 205 E. Beaver Ave, Suite 6, State College, PA 16801-4903 |
| 5195944 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park, PA 16802-1201 |
| 5213212 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5185061 | + | EDI: CINGMIDLAND.COM | Jan 18 2023 23:44:00 | A T and T, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 5185062 | + | Email/Text: bankruptcy@rentacenter.com | Jan 18 2023 18:43:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 5185063 | | EDI: CAPITALONE.COM | Jan 18 2023 23:44:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5198670 | | EDI: CAPITALONE.COM | Jan 18 2023 23:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5185065 | + | Email/Text: nailda@centralcreditaudit.com | Jan 18 2023 18:43:00 | Central Credit Audit, 100 N 3rd St, Sunbury, PA 17801-2367 |
| 5185066 | + | EDI: CCS.COM | Jan 18 2023 23:44:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 5185069 | | Email/Text: bankruptcy@glsllc.com | Jan 18 2023 18:43:00 | Global Lending Service, 1200 Brookfield Blvd Ste, Greenville, SC 29607 |
| 5209848 | | Email/Text: bankruptcy@glsllc.com | Jan 18 2023 18:43:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5185070 | + | EDI: IRS.COM | Jan 18 2023 23:44:00 | IRS, P.O. Box 7356, Philadelphia, PA 19101-7356 |
| 5185071 | | EDI: JEFFERSONCAP.COM | Jan 18 2023 23:44:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5202246 | | EDI: JEFFERSONCAP.COM | | |

| | | | |
|---|---|---|---|
| | | Jan 18 2023 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5193397 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 18:45:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5185073 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 18:45:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5185079 | + Email/Text: BKMailbox@QVC.com | Jan 18 2023 18:43:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 5208874 | EDI: AIS.COM | Jan 18 2023 23:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pamela Griffith-Williamson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-4317<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:19-bk-01544-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Pamela Griffith-Williamson

1/18/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**