United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                Case No. 19-01544-MJC

Pamela Griffith-Williamson                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                   User: AutoDocke                                             Page 1 of 2

Date Rcvd: Jan 20, 2023                              Form ID: pdf010                                         Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Griffith-Williamson, 136 Kestral Lane, Boalsburg, PA 16827-1744 |
| 5185064 | + | Cathy Brese, 217 W. Pine St, Boalsburg, PA 16827-1420 |
| 5185067 | + | Elizabeth Shaw, 110 Fairfield Drive, State College, PA 16801-8249 |
| 5185068 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 5185072 | + | Julie Florin, 1218 Embassy Drive, Anderson, SC 29625-6119 |
| 5185074 | + | Mount NIttany Physician, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 5185075 | + | Mount Nittany Medical, P.O. Box 1259, State College, PA 16804-1259 |
| 5185076 | + | Pa Dept of Revenue, P.O. Box 280403, Harrisburg, PA 17128-0403 |
| 5185077 | + | Pediatric Dental Care, 1019 Ghaner Rd, Suite 100, Port Matilda, PA 16870-7236 |
| 5185078 | | Penn State, 308 Shields Bldg, University Par, PA 16802 |
| 5185080 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5207948 | + | Richard Crider, 109 South Walnut Street, Lewistown, PA 17044-1430 |
| 5185081 | + | Rick Crider, 109 S. Walnut St, Lewistown, PA 17044-1430 |
| 5185082 | + | Senior and Assoc, 205 E. Beaver Ave, Suite 6, State College, PA 16801-4903 |
| 5195944 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park, PA 16802-1201 |
| 5213212 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5185061 | + | Email/Text: g20956@att.com | Jan 20 2023 18:38:00 | A T and T, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 5185062 | + | Email/Text: bankruptcy@rentacenter.com | Jan 20 2023 18:38:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 5185063 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2023 18:53:37 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5198670 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2023 18:53:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5185065 | + | Email/Text: nailda@centralcreditaudit.com | Jan 20 2023 18:38:00 | Central Credit Audit, 100 N 3rd St, Sunbury, PA 17801-2367 |
| 5185066 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2023 18:38:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 5185069 | | Email/Text: bankruptcy@glsllc.com | Jan 20 2023 18:38:00 | Global Lending Service, 1200 Brookfield Blvd Ste, Greenville, SC 29607 |
| 5209848 | | Email/Text: bankruptcy@glsllc.com | Jan 20 2023 18:38:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5185070 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2023 18:38:00 | IRS, P.O. Box 7356, Philadelphia, PA 19101-7356 |
| 5185071 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2023 18:38:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5202246 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | |
| --- | --- | --- | --- |
| | | Jan 20 2023 18:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5193397 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2023 18:53:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5185073 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2023 18:53:22 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5185079 | + Email/Text: BKMailbox@QVC.com | Jan 20 2023 18:38:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 5208874 | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2023 18:53:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Pamela Griffith-Williamson | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 4:19-bk-01544-MJC |
| | Document No.: | 74 |

## ORDER VACATING DISCHARGE OF DEBTOR

**IT IS HEREBY ORDERED** that the Discharge of Debtor 1 entered on January 18, 2023, Dkt. # 74, was entered in error and is hereby vacated by this Order.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 19, 2023